UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ADRIANA MACIAS,　　　　　　　　　　　) Case No.: 06-20234 CIV—
　　　Plaintiff and all others similarly ) MARTINEZ/BANDSTRA
situated under 29 USC 216(B),　　　　 )
　　　vs.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　 )
IK RETAIL, INC.. IK ENTERPRISES, INC. )
D/B/A/ UNITED COLORS OF BENETTON, )
SISLEY, MAX MARA AND ANDREW'S　 )
TIES And BENEPAY SOUTH, INC.　　　　)
　　　Defendants

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**COMES NOW, THE PLAINTIFF,** ADRIANA MACIAS, pursuant to FRCP 56 and the local rules 7.5, Plaintiff hereby adopts his argument in opposition to Defendant's Motion for Summary Judgment as the basis for Plaintiff's Motion for Partial Summary Judgment for the Court to determine as a matter of law that the Plaintiff was an employee of Defendants IK Enterprises, Inc. as well as Benepay South, Inc. a term defined by the Fair Labor Standards Act and that the overtime exemption does not apply.

In order to conserve judicial resources Plaintiff adopts his statement of material facts as well as his response in opposition to Defendant's Motion for Summary Judgment in order to support his own Motion against Defendant.

WHEREFORE THE PLAINTIFF MOVES FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT ON THE ISSUES REFERENCED ABOVE.

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
Tel.: (305) 865-6766
Fax: (305) 865-7167

By:_____/s/ JH ZIDELL_____
J.H. Zidell, Esquire
Florida Bar No.:0010121

ON 07/16/07, I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS FILED USING THE CMECF SYSTEM AND THAT SCOTT BEHREN, ESQ. IS LISTED AS A RECIPIENT OF THIS PLEADING PURSUANT TO SAID SYSTEM.

X:__/S/ JH ZIDELL_____